# ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC 1 7 2013

James N. Hatten, Clerk
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

*v.*

JERRELL DENA COLSON

Criminal Indictment

No. 2 : 13 - CR - 053

THE GRAND JURY CHARGES THAT:

Between on or about August 27, 2012 and April 25, 2013, in the Northern District of Georgia, the defendant, JERRELL DENA COLSON, being a United States Postal Service employee, did knowingly and unlawfully secrete, detain, and delay approximately 14,251 items of mail entrusted to her and which had come into her possession and which were intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1703(a).

A _True_ BILL

_Jdith Bass_
FOREPERSON

SALLY QUILLIAN YATES
 *United States Attorney*

MARY L. WEBB
*Assistant United States Attorney*
Georgia Bar No. 940420
 600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303