U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC 17 2013

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Gainesville
(USAO: 2013R00820)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

2:13-CR-053

COUNTY NAME: White                    DISTRICT COURT NO.

MAGISTRATE CASE NO.

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: 12/17/13 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
JERRELL DENA COLSON

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?   Yes   X No
Is the defendant in custody on this charge or other conviction?
Is the defendant awaiting trial on other charges?   Yes   X No
    Other charges:
    Name of institution:
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

District Judge: